# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re:   LARRY HARRIS SR<br>         SHANNON REDMOND<br><br>         Debtor(s) | §§§§§§§ | Case No.: 09-10842 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/28/2009.

2) This case was confirmed on 05/21/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/30/2010, 01/14/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/01/2010, 05/02/2011.

5) The case was dismissed on 06/23/2011.

6) Number of months from filing to the last payment:  23

7) Number of months case was pending:  30

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     1,900.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 14,300.00 |
| Less amount refunded to debtor | $ 67.84 |
| **NET RECEIPTS** | $ 14,232.16 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,854.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 892.04 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,746.04 |
| Attorney fees paid and disclosed by debtor | $ 646.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK | SECURED | 300,000.00 | .00 | .00 | .00 | .00 |
| WELLS FARGO BANK | UNSECURED | 17,677.00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK | SECURED | 270,000.00 | .00 | .00 | .00 | .00 |
| WELLS FARGO BANK | UNSECURED | 28,509.00 | NA | NA | .00 | .00 |
| HSBC AUTO FINANCE | SECURED | 17,650.00 | 17,650.00 | 7,467.40 | 7,467.40 | 993.88 |
| HSBC AUTO FINANCE | UNSECURED | 14,410.00 | 14,902.53 | .00 | .00 | .00 |
| AMERICREDIT FINANCIA | SECURED | 15,300.00 | 25,692.88 | .00 | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | 10,093.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 1,370.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 3,323.00 | 3,361.70 | 3,361.70 | 15.13 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,926.00 | 1,776.00 | 1,776.00 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 295.00 | 295.47 | 295.47 | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 2,752.00 | 2,733.21 | 2,733.21 | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 885.00 | 997.39 | 997.39 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 21.00 | 312.59 | 312.59 | .00 | .00 |
| CARE CREDIT | UNSECURED | 93.00 | 93.83 | 93.83 | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 1,192.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 787.00 | 548.48 | 548.48 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 351.00 | 311.03 | 311.03 | .00 | .00 |
| ISL US BANK | UNSECURED | 12,000.00 | NA | NA | .00 | .00 |
| ISL US BANK | UNSECURED | 8,500.00 | NA | NA | .00 | .00 |
| KELLER GRADUATE SCHO | UNSECURED | 559.87 | NA | NA | .00 | .00 |
| U OF I DEPT OF EMER | UNSECURED | 134.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

Case 09-10842    Doc 63    Filed 09/14/11    Entered 09/14/11 18:01:09    Desc Main
Document    Page 3 of 4

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MOHELA | UNSECURED | 9,948.00 | 28,698.45 | 28,698.45 | 149.92 | .00 |
| MOHELA | UNSECURED | 8,500.00 | NA | NA | .00 | .00 |
| MOHELA | UNSECURED | 6,000.00 | NA | NA | .00 | .00 |
| MOHELA | UNSECURED | 4,250.00 | NA | NA | .00 | .00 |
| ARGOSY UNIVERSITY CH | UNSECURED | 7,790.00 | NA | NA | .00 | .00 |
| SANTA BARBARA BANK & | UNSECURED | 2,411.00 | 2,411.00 | 2,411.00 | .00 | .00 |
| FCC FINANCE LLC | UNSECURED | 9,467.00 | 9,508.83 | 9,508.83 | 42.77 | .00 |
| SOCIAL SECURITY ADMI | UNSECURED | 12,820.00 | NA | NA | .00 | .00 |
| SOCIAL SECURITY ADMI | UNSECURED | 35,000.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF ILLINO | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| VOLVO | UNSECURED | 944.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 28,295.00 | 53,753.41 | 53,753.41 | 280.81 | .00 |
| DEPT OF EDUCATION/NE | UNSECURED | 24,305.00 | 20,500.00 | 20,500.00 | 15.57 | .00 |
| SHANNON KENNEDY | OTHER | .00 | NA | NA | .00 | .00 |
| TERESA GLOVER | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK | OTHER | NA | NA | NA | .00 | .00 |
| VOLVO | SECURED | NA | 730.03 | .00 | .00 | .00 |
| GREAT AMERICAN FINAN | SECURED | .00 | 975.00 | 975.00 | 975.00 | 53.64 |
| ILLINOIS DEPT OF REV | PRIORITY | .00 | 492.00 | 492.00 | 492.00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 821.03 | 821.03 | .00 | .00 |
| JEFFERSON CAPITAL SY | OTHER | NA | NA | NA | .00 | .00 |
| DEPT OF EDUCATION/NE | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 7,467.40 | 7,467.40 | 993.88 |
| All Other Secured | 975.00 | 975.00 | 53.64 |
| **TOTAL SECURED:** | 8,442.40 | 8,442.40 | 1,047.52 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 492.00 | 492.00 | .00 |
| **TOTAL PRIORITY:** | 492.00 | 492.00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 126,122.42 | 504.20 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,746.04 |
| Disbursements to Creditors | $ | 10,486.12 |
| **TOTAL DISBURSEMENTS:** | $ | 14,232.16 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    09/14/2011                                          /s/ Tom Vaughn
                                                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**